JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 319 -- IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/9/77 | 1 | MOTION, BRIEF, SCHEDULE, STIPULATION TO TRANSFER BY DEFENDANTS -- DEFENDANT VARIAN ASSOCIATES, INC. |
| | | SUGGESTED TRANSFEREE DISTRICT -- District of Connecticut |
| | | SUGGESTED TRANSFEREE JUDGE -- T. Emmet Clarie |
| 9/19/77 | | APPEARANCES -- John R. FitzGerald, Esq. for ITT |
| | | John F. Scully, Esq. for Raytheon Corp. |
| | | Shaun S. Sullivan, Esq. for Varian Associates, Inc. |
| | | Wesley W. Horton, Esq. for Rockwell |
| | | Hadleigh H. Howd, Esq. for General Dynamics Corp. |
| 9/21/77 | 2 | RESPONSE -- Plaintiffs Engell and Cadieux w/cert. of svc. |
| 9/21/77 | | APPEARANCE -- Thomas J. Groad, Jr., Esq. for Bendix Corp. |
| 9/22/77 | | APPEARANCE -- Stanley J. Levy, Esq. for Robert Engell and Louise Cadieux |
| 9/29/77 | 3 | REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER -- Defendant Varian Assoc., Inc. w/cert. of svc. |
| 10/3/77 | | APPEARANCE -- M. MITCHELL MORSE for Teledyne, Inc. and Tedelyne Ryan Aero |
| 10/7/77 | | HEARING ORDER -- setting A-1 and A-2 for hearing, Oct. 28, 1977 in New York City. |
| 10/7/77 | 4 | OPPOSITION CONCERNING THE MOTION TO TRANSFER -- Plaintiffs Engell and Cadieux w/cert. of svc. |
| 10/26/77 | | LETTER -- Varian Associates, Inc. requesting postponement of hearing |
| | | ORDER -- Vacating Hearing scheduled for 10/28/77 -- Notified counsel involved judges |
| 11/4/77 | | HEARING ORDER -- Setting -- A-1, A-2, Engell v. International Telephone & Telegraph Corp. et al, D. Connecticut, H-77-130 for hearing Dec. 7, 1977, San Deigo, Calf. |
| 11/21/77 | | ORDER -- Vacating Hearing schedule for 12/7/77 -- Notified counsel and involved judges. (ea) |
| 12/29/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing -- Jan 27, 1978 Miami, Florida |
| 1/17/78 | | ORDER -- Vacating Hearing Scheduled for hearing of 1/27/78 in Miami, Florida -- Notified Counsel and involved judges. (ea) |
| 1/17/78 | | LETTERS -- Counsel for Varian dated 1/9/78 and Counsel for Engell and Cadieux requesting Hearing for 1/27/78 be Vacated. |
| 2/3/78 | | HEARING ORDER - Setting A-1 and A-2 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/15/78 | | LETTERS -- Counsel for plaintiffs Robert Engell and Louise Chadieux 2/6/78 and Counsel for defendant Varian Associates, Inc. 2/9/78 requesting hearing set for 2/24/78 to be vacated (cds) |
| 2/15/78 | | ORDER -- VACATING HEARING Scheduled for 2/24/78 in Atlanta, Georgia -- Notified involved counsel and judges (cds) |
| 3/31/78 | | HEARING ORDER -- Setting A-1 and A-2 for hearing to be held in Wash., D.C. on 3/31/78. (ea) |

JPML FORM 1A - Continuation　　　　　　　　　　DOCKET ENTRIES -- p. 2

DOCKET NO. 319 -- IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/13/78 | & Deft. | REQUEST TO VACATE HEARING -- Counsel for plaintiffs-Cadieux & Engell, Counsel for Varian Associates, Inc. (emh) |
| 3/13/78 | | ORDER VACATING HEARING -- Scheduled March 31, 1978 -- ~~Counsel for plaintiffs Cadieux & Engell, Counsel for Varian Associates, Inc.~~ (emh) Notified counsel and involved judges |
| 4/7/78 | | HEARING ORDER -- A-1 and A-2 for hearing on April 28, 1978 in Philadelphia, Pennsylvania (cds) |
| 4/24/78 | | ORDER CONTINUING APRIL 28, 1978 HEARING IN PHILADELPHIA, PENNSYLVANIA -- Notified Involved Counsel (cds) |
| 5/1/78 | | HEARING ORDER -- setting A-1 and A-2 for hearing in Phil., Pa., on May 26, 1978. (ea) |
| 5/22/78 | | LETTER -- Suggesting that the Panel Adjourn the Hearing on this matter -- Signed by Stanley J. Levy, plaintiffs counsel (cds) |
| 5/22/78 | | ORDER VACATING HEARING SCHEDULED FOR MAY 26, 1978 -- notified involved counsel and judges and hearing clerk. (cds) |
| 6/1/78 | | ORDER RULING MOTION WITHDRAWN -- notified involved counsel, clerks, judges, recipients and panel judges. (ea) |

DOCKET NO. __319__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) ~~_____~~

Consolidation Ordered _____    Consolidation Denied _____

Opinion and/or Order _____    _____    _____    _____

Citation _____    _____    _____    _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Engell v. International Telephone & Telegraph Corp., et al. | D.Conn Clarie | H-77-130 | | | | 6/1/78 motion withdrawn |
| A-2 | Louise Cadieux, Adm. v. International Telephone & Telegraph Corp., et al | D. R.I. Boyle | 77-0339 | | | | 6/1/78 motion withdrawn |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 319 -- IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

| | |
|---|---|
| ROBERT ENGELL (A-1)<br>LOUISE CADIEUX (A-2)<br>Stanley J. Levy, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York  10016 | TELEDYNE, INC.<br>TELEDYNE RYAN AERONAUTICAL<br>M. Mitchell Morse, Esquire<br>Jacobs, Jacobs & Grudberg<br>350 Orange Street<br>New Haven, Connecticut  06503 |
| INTERNATIONAL TELEPHONE AND<br>  TELEGRAPH CORP.<br>John R. FitzGerald, Esquire<br>Howard, Kohn, Sprague & FitzGerald<br>229 Buckingham Street<br>Hartford, Conn.  06106 | BENDIX CORP.<br>Thomas J. Groark, Jr., Esquire<br>Day, Berry & Howard<br>One Constitution Plaza<br>Hartford, Connecticut  06103 |
| RAYTHEON CORP.<br>John R. Scully, Esquire<br>Cooney, Scully & Dowling<br>266 Pearl Street<br>Hartford, Conn.  06103 | |
| VARIAN ASSOCIATES, INC.<br>Shaun S. Sullivan, Esquire<br>Wiggin & Dana<br>195 Church Street<br>P.O. Box 1832<br>New Haven, Conn.  06508 | |
| ROCKWELL INTERNATIONAL CORP.<br>Wesley W. Horton, Esquire<br>Moller & Horton<br>87 Oak Street<br>Hartford, Conn.  06106 | |
| GENERAL DYNAMICS CORP.<br>Hadleigh H. Howd, Esquire<br>Regnier, Taylor, Curran<br>  & Langenbach<br>41 Lewis Street<br>Hartford, Conn.  06103 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 319 -- IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| INTERNATIONAL TELEPHONE & TELEGRAPH CORP. | A-1   A-2 |
| RAYTHEON CO. | A-1   A-2 |
| VARIAN ASSOCIATES | A-1   A-2 |
| TELEDYNE RYAN AERONAUTICAL | A-1   A-2 |
| TELEDYNE, INC. | A-1   A-2 |
| ROCKWELL INTERNATIONAL CORP. | A-1   A-2 |
| BENDIX CORP. | A-1   A-2 |
| GENERAL DYNAMICS CORP. | A-1   A-2 |
|  |  |
|  |  |
|  |  |