DOCKET NO. 319

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MICROWAVE RADIATION EXPOSURE LITIGATION

ORDER RULING MOTION WITHDRAWN

It appearing that movant desires at this time to withdraw its motion to transfer, pursuant to 28 U.S.C. §1407, the action pending in the District of Rhode Island and listed on the attached Schedule A to the District of Connecticut for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A,

IT IS THEREFORE ORDERED that the movant's request to withdraw its motion be GRANTED without prejudice to the right of any party to move for transfer under Section 1407 at a later date, and that the motion be, and the same hereby is, RULED WITHDRAWN.

FOR THE PANEL:

John Minor Wisdom
Chairman

Attachment

SCHEDULE A                                            DOCKET NO. 319

### DISTRICT OF CONNECTICUT

Robert Engell v. International Telephone            Civil Action
 & Telegraph Corp., et al.                          No. H-77-130

### DISTRICT OF RHODE ISLAND

Louise Cadieux, Adm. v. International               Civil Action
Telephone & Telegraph Corp., et al.                 No. 77-0339